Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Sodexo, Inc., Sodexo America, LLC, Sodexo Operations, LLC, and SDH Services West, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GARY DAVIS and SCOTT SCRIBNER, <br><br>Plaintiffs, <br><br>vs. <br><br>UNIVERSAL HEALTH SERVICES INC., a Delaware Corporation; UHS OF DELAWARE, INC., a Delaware Corporation; VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability; SODEXO, INC. dba SODEXO USA, a Delaware Corporation; SODEXO AMERICA, LLC dba SODEXO USA, a Delaware Limited Liability; SODEXO OPERATIONS, LLC dba SODEXO USA, a Delaware Limited Liability and SDH SERVICES WEST, LLC dba SODEXO USA, a Delaware Limited Liability, <br><br>Defendants. | Case No.:  2:21-cv-00008-RFB-DJA <br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs Gary Davis and Scott Scribner ("Plaintiffs") and Defendants Sodexo, Inc., Sodexo America, LLC, Sodexo Operations, LLC, and SDH Services West, LLC ("Sodexo"), by and through their respective undersigned counsel of record, hereby request and stipulate to extend the time for Sodexo to respond to Plaintiffs' Complaint

(ECF No. 1) for thirty (30) days.  Sodexo's response is currently due on January 29, 2021.  Defense counsel has just been retained in this matter and requires additional time to investigate the facts of this matter, including the existence, and application of employment arbitration agreements that were sent to each Plaintiff during their employment, and prepare a response to Plaintiffs' Complaint. Therefore, the parties request and stipulate that the deadline for Sodexo to respond to the Plaintiffs' Complaint be extended to March 1, 2021.  This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 21st day of January, 2021.          DATED this 21st day of January, 2021.

LAW OFFICES OF MICHAEL P. BALABAN           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Michael P. Balaban*                                              /s/ *Suzanne L. Martin*

Michael P. Balaban                                            Suzanne L. Martin
Nevada Bar No. 9370                                        Nevada Bar No. 8833
10726 Del Rudini Street                                   Noel M. Hicks
Las Vegas, NV  89141                                      Nevada Bar No. 13893
*Attorney for Plaintiffs*                                    Wells Fargo Tower
*Gary Davis and Scott Scribner*                   Suite 1500
                                                                            3800 Howard Hughes Parkway
                                                                            Las Vegas, NV  89169
                                                                            *Attorneys for Defendants*
                                                                            *Sodexo, Inc., Sodexo America, LLC, Sodexo*
                                                                            *Operations, LLC, and SDH Services West, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
January 22, 2021
_____
DATED

2