WENDY M. KRINCEK, ESQ., Bar #06417
KELSEY E. STEGALL, ESQ., Bar #14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: wkrincek@littler.com
Email: kstegall@littler.com

Attorneys for Defendants
UHS OF DELAWARE, INC., and VALLEY
HEALTH SYSTEM, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY DAVIS and SCOTT SCRIBNER,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES INC., a Delaware Corporation; UHS OF DELAWARE, INC., a Delaware Corporation; VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability; SODEXO, INC. dba SODEXO USA, a Delaware Corporation; SODEXO AMERICA, LLC dba SODEXO USA, a Delaware Limited Liability; SODEXO OPERATIONS, LLC dba SODEXO USA, a Delaware Limited Liability; and SDH SERVICES WEST, LLC dba SODEXO USA, a Delaware Limited Liability,<br><br>Defendants. | Case No. 2:21-cv-00008-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs GARY DAVIS and SCOTT SCRIBNER ("Plaintiffs"), by and through their attorney of record, Michael P. Balaban, Esq., of the Law Offices of Michael P. Balaban, and Defendants UHS

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

OF DELAWARE, INC. and VALLEY HEALTH SYSTEM, LLC (collectively "Defendants")[1], by and through their attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint from the current deadline of January 28, 2021, up to and including **March 1, 2021.**

This extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint, to investigate the facts of this matter, and to prepare a responsive pleading. This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: January 26, 2021 | Dated: January 26, 2021 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Michael P. Balaban, Esq. | |
| MICHAEL P. BALABAN, ESQ.<br>LAW OFFICES OF MICHAEL P. BALABAN | WENDY M. KRINCEK, ESQ.<br>KELSEY E. STEGALL, ESQ.<br>LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiffs<br>GARY DAVIS and SCOTT SCRIBNER | Attorneys for Defendants<br>UHS OF DELAWARE, INC. and VALLEY HEALTH SYSTEM, LLC |

**IT IS SO ORDERED.**

Dated this __27th__ day of __January__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4850-4889-0841.1 069080.1182

---

[1] It is Defendants understanding that Universal Health Services, Inc., does not and is not authorized to do business in Nevada and has not been properly served in this matter.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.