WENDY M. KRINCEK, ESQ., Bar #06417
KELSEY E. STEGALL, ESQ., Bar #14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email:  wkrincek@littler.com
Email:  kstegall@littler.com

Attorneys for Defendants
UNIVERSAL HEALTH SERVICES, INC.;
UHS OF DELAWARE, INC.; and
VALLEY HEALTH SYSTEM, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY DAVIS and SCOTT SCRIBNER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES INC., a Delaware Corporation; UHS OF DELAWARE, INC., a Delaware Corporation; VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability; SODEXO, INC. dba SODEXO USA, a Delaware Corporation; SODEXO AMERICA, LLC dba SODEXO USA, a Delaware Limited Liability; SODEXO OPERATIONS, LLC dba SODEXO USA, a Delaware Limited Liability; and SDH SERVICES WEST, LLC dba SODEXO USA, a Delaware Limited Liability,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-00008-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO UNIVERSAL HEALTH SERVICES, INC. ONLY** |

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Plaintiffs GARY DAVIS and SCOTT SCRIBNER ("Plaintiffs"), by and through their attorney of record, Michael P. Balaban, Esq., of the Law Offices of Michael P. Balaban, and Defendants UNIVERSAL HEALTH SERVICES, INC.; UHS OF DELAWARE, INC.; and VALLEY HEALTH SYSTEM, LLC (collectively "Defendants"), by and through their attorneys of record, Littler Mendelson, hereby stipulate to dismiss without prejudice Defendant Universal Health Services, Inc. only as a party to this lawsuit.  The parties agree that neither Plaintiffs nor Universal Health Services, Inc., shall be deemed to be a prevailing party in this action, and neither Plaintiffs nor Universal Health Services, Inc., will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: March 1, 2021

Respectfully submitted,

*/s/ Michael P. Balaban, Esq.*
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorneys for Plaintiffs
GARY DAVIS and SCOTT SCRIBNER

Dated: March 1, 2021

Respectfully submitted,

*/s/ Kelsey Stegall, Esq.*
WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
UNIVERSAL HEALTH SERVICES, INC.; UHS OF DELAWARE, INC.; and VALLEY HEALTH SYSTEM, LLC

**IT IS SO ORDERED.**



RICHARD E. BOULWARE, II
United States District Court

DATED this 2nd day of March, 2021.