Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendants Sodexo, Inc.,
Sodexo America, LLC, Sodexo Operations, LLC
and SDH Services West, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GARY DAVIS and SCOTT SCRIBNER,<br><br>             Plaintiffs,<br>vs.<br>UNIVERSAL HEALTH SERVICES INC., a Delaware Corporation; UHS OF DELAWARE, INC., a Delaware Corporation; VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability; SODEXO, INC. dba SODEXO USA, a Delaware Corporation; SODEXO AMERICA, LLC dba SODEXO USA, a Delaware Limited Liability; SODEXO OPERATIONS, LLC dba SODEXO USA, a Delaware Limited Liability and SDH SERVICES WEST, LLC dba SODEXO USA, a Delaware Limited Liability,<br><br>             Defendants. | Case No.:  2:21-cv-00008-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendants Sodexo, Inc., Sodexo America, LLC, Sodexo Operations, LLC and SDH Services West, LLC (collectively, "Sodexo"), Defendants UHS of Delaware, Inc. and Valley Health System, LLC (collectively, "UHS") and Plaintiffs Gary Davis and Scott Scribner (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby submit the following Stipulation and [Proposed] Order Continuing the April 2, 2021, Early Neutral Evaluation ("ENE"). [1]

---

[1] Plaintiffs and Sodexo have stipulated (*see* ECF No. 14) that Sodexo will file a motion to compel the arbitration of Plaintiff Gary Davis's claims after the ENE in the event the same is not successful. Plaintiffs and Sodexo further agree that Plaintiffs will not argue that Sodexo's participation in the ENE constitutes waiver, or is conduct inconsistent with its right to compel Plaintiff Gary Davis's claims to arbitration.

The client representative for Sodexo, J. Victor Waye, Vice President and Associate General Counsel – Legal, has a scheduling conflict that prevents his participation in the ENE conference currently scheduled for April 2, 2021. The Court has offered alternative dates for the ENE, including May 26, 28, 2021. All parties and their client representatives are available on these proposed alternative dates. The parties hereby request that the Court continue the April 2, 2021, ENE to either May 26 or 28, 2021, at the Court's convenience.

**IT IS SO STIPULATED:**

DATED this 18th day of March, 2021.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ *Michael P. Balaban*
Michael P. Balaban
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney for Plaintiffs*

DATED this 18th day of March, 2021.

LITTLER MENDELSON, P.C.

/s/ *Wendy Medura Krincek*
Wendy Medura Krincek
Nevada Bar No.: 6417
Kelsey E. Stegall
Nevada Bar No. 14279
3960 Howard Hughes Pkwy., Ste. 300
Las Vegas, NV 89169
*Attorney for Defendants UHS of Delaware, Inc. and Valley Health System, LLC*

DATED this 18th day of March, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Suzanne L. Martin*
Suzanne L. Martin
Nevada Bar No. 8833
Noel M. Hicks
Nevada Bar No. 13893
Wells Fargo Tower
3800 Howard Hughes Parkway
Ste. 1500
Las Vegas, NV 89169
*Attorneys for Defendants Sodexo, Inc., Sodexo America, LLC, Sodexo Operations, LLC, and SDH Services West, LLC*

**ORDER**

IT IS ORDERED that the parties' stipulation is GRANTED. The ENE in this matter is rescheduled to 5/26/21 at 9:00 AM. IT IS FURTHER ORDERED that the pre-ENE status conference is rescheduled to May 25, 2021, at 3:00 PM. IT IS FURTHER ORDERED that the parties' ENE statements are due May 19, 2021. The parties are directed to review the Court's order at ECF No. 17 for directions on how to access the pre-ENE status conference and how to prepare the ENE statements.

          **IT IS SO ORDERED**

          **DATED:** 6:19 pm, March 22, 2021

          **BRENDA WEKSLER**
          **UNITED STATES MAGISTRATE JUDGE**