Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY DAVIS and SCOTT SCRIBNER, | CASE NO. 2:21-cv-00008-RFB-VCF |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFFS MUST FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [LR 7-1; LR IA 6-2] |
| vs. | (First Request) |
| UNIVERSAL HEALTH SERVICES INC., a Delaware Corporation; UHS OF DELAWARE, INC., a Delaware Corporation; VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability; et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiffs' response to Defendants' UHS of Delaware, Inc. and Valley Health System, LLC's motion for summary judgment filed on October 28, 2022, for which the response is currently due on November 18, 2022, will be continued until December 5, 2022.

1

1  Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in, and the fact that Plaintiff's counsel is planning to go out of town over the Thanksgiving holiday.

No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants' motion for summary judgment.

LAW OFFICES OF MICHAEL P. BALABAN

LITTLER MENDELSON, P.C.

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV  89141
Attorney for PlaintiffS

Dated: November 11, 2022

 /s/ Kelsey E. Stegall
Wendy Medura Krincek, Esq.
Kelsey E. Stegall, Esq.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169
Attorney for Defendants

Dated: November 11, 2022

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court
DATED this 14th day of November, 2022.