1

Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN

2

10726 Del Rudini Street
Las Vegas, NV  89141

3

(702)586-2964
Fax: (702)586-3023

4

E-Mail: mbalaban@balaban-law.com

5

Attorney for Plaintiffs

6

7

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

11

GARY DAVIS and SCOTT SCRIBNER,

12

13

14

Plaintiffs,

15

vs.

16

UNIVERSAL HEALTH SERVICES INC., a
Delaware Corporation; UHS OF DELAWARE,

17

INC., a Delaware Corporation; VALLEY
HEALTH SYSTEM, LLC, a Delaware Limited

18

Liability; et al.,

19

20

Defendants.

21

22

CASE NO. 2:21-cv-00008-RFB-VCF

STIPULATION AND ORDER CONTINUING
THE DATE THAT PLAINTIFFS MUST FILE
THEIR RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
AND THE REPLY DATE THAT
DEFENDANTS MUST FILE THEIR REPLY
TO PLAINTIFFS' RESPONSE

[LR 7-1; LR IA 6-2]

(Second Request)

23

24

        IT IS HEREBY STIPULATED AND AGREED by and between the parties respective

25

counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiffs' response to Defendants' UHS

26

of Delaware, Inc. and Valley Health System, LLC's motion for summary judgment filed on

27

October 28, 2022, for which the response is currently due on December 5, 2022, will be continued

28

until December 9, 2022.

1

1
2
3
4

    Said continuance is being stipulated to, to give Plaintiffs an adequate opportunity to respond to said motion given other matters Plaintiffs' counsel is involved in, and the fact that Plaintiffs' counsel was out of town over the Thanksgiving holiday and is trying to get caught up after getting back to the office.

5
6
7
8
9
10

    It is additionally stipulated and agreed to that the reply deadline will be extended from the deadline of December 23, 2022, to January 13, 2023.  This is necessary because counsel for Defendants will be out of the country on her honeymoon for two weeks in December, and based on Plaintiffs' counsel's extension request, Defense counsel will need the additional time to prepare the reply in light of the holidays and her honeymoon.

11
12
13

    One previous continuance has been requested and granted as to the filing of Plaintiffs' response to Defendants' motion for summary judgment.  This current request is only for an extra four days.  Additionally, this is the first request for an extension to the reply deadline.

14

15
16

LAW OFFICES OF MICHAEL P. BALABAN

LITTLER MENDELSON, P.C.

17
18
19
20
21

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV  89141
Attorney for PlaintiffS

Dated: November 30, 2022

/s/ Kelsey E. Stegall
Wendy Medura Krincek, Esq.
Kelsey E. Stegall, Esq.
3960 Howard Hughes Parkway,
Suite 300
Las Vegas, NV  89169
Attorney for Defendants

22
23

Dated: November 30, 2022

24

IT IS SO ORDERED:

25
26
27

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of December, 2022.

28