# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GARY DAVIS, et al.,

     Plaintiff(s),

v.

UNIVERSAL HEALTH SERVICES, INC., et al.,

     Defendant(s).

Case No. 2:21-cv-00008-RFB-NJK

**Order**

[Docket No. 75]

     Pending before the Court is a stipulation to continue the settlement conference, Docket No. 75, which is **GRANTED**. The settlement conference is **CONTINUED** to 10:00 a.m. on February 25, 2025. Settlement statements must be delivered to the undersigned's box by 3:00 p.m. on February 18, 2025. All other requirements for the settlement conference (*see* Docket No. 74) remain unchanged.

     IT IS SO ORDERED.

     Dated: October 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge