WENDY MEDURA KRINCEK, ESQ.
Nevada Bar No. 06417
KELSEY E. STEGALL, ESQ.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue, Suite 200
Las Vegas, NV  89113-4770
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:  wkrincek@littler.com
Email:  kstegall@littler.com

Attorneys for Defendants
UHS OF DELAWARE, INC. and
VALLEY HEALTH SYSTEM LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY DAVIS,<br><br>          Plaintiffs,<br><br>vs.<br><br>UHS OF DELAWARE, INC., a Delaware Corporation and VALLEY HEALTH SYSTEM LLC, a Delaware Limited Liability; et al.,<br><br>          Defendants. | Case No. 2:21-cv-00008-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AN AMENDED PROPOSED SCHEDULING ORDER, (ECF NO. 94)**<br><br>**[FIRST REQUEST]** |

Defendants UHS OF DELAWARE, INC. ("UHS") and VALLEY HEALTH SYSTEM LLC, ("VHS") (collectively "Defendants"), and Plaintiff GARY DAVIS ("Plaintiff") (together, "the parties"), by and through their respective counsel of record, hereby stipulate to extend the current deadline for submitting an amended proposed scheduling order with updated deadlines for all outstanding pre-trial deadlines set forth in the Minute Order, (ECF No. 94), by extending this deadline to being due fourteen (14) days after the Court schedules this matter for trial.

This is the first request for an extension of this deadline. The requested extension is sought in good faith and not for purposes of undue delay. This extension is sought in advance of the applicable deadline and neither party will be prejudiced by granting the requested extension.

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV  89113
702.862.8800

Pursuant to the May 26, 2026 Minute Order, (ECF No. 94), the parties are required to comply with two deadlines by June 8, 2026: (1) the parties are instructed to email the courtroom administrator possible trial dates from October 2026 through February 2027 by June 8, 2026; and (2) the parties must file an amended proposed scheduling order with updated deadlines for all outstanding pre-trial deadlines by June 8, 2026. The parties are in discussions regarding the first deadline and anticipate providing dates on or before June 8, 2026.

However, regarding the second deadline, the parties believe it is most efficient to meet and confer and compile an amended proposed scheduling order that is based off of the trial dates chosen by the Court after the parties provide the proposed dates to the Court on June 8, 2026. Once the Court communicates to the parties the date that it anticipates setting trial, the parties can create and submit the amended proposed scheduling order calculated with deadlines pursuant to the applicable trial date.

Accordingly, the parties request that the deadline to file an amended proposed scheduling order with updated deadlines for all outstanding pre-trial deadlines be extended to fourteen (14) days after the Court communicates the trial date to the parties. This extension is sought in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: March 29, 2026

/s/ *Michael P. Balaban*
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL
P. BALABAN

Attorneys for Plaintiff
GARY DAVIS

Dated: March 29, 2026

/s/ *Kelsey E. Stegall*
WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
UHS OF DELAWARE, INC. and
VALLEY HEALTH SYSTEM LLC

**IT IS SO ORDERED.**

Dated: June 1, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
702.862.8800

4923-1969-9376.1 / 069080.1182