Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Sodexo, Inc., Sodexo America, LLC, Sodexo Operations, LLC, and SDH Services West, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GARY DAVIS and SCOTT SCRIBNER, | Case No.: 2:21-cv-00008-RFB-~~VCF~~ NJK |
| Plaintiffs, | |
| vs. | |
| UNIVERSAL HEALTH SERVICES INC., a Delaware Corporation; UHS OF DELAWARE, INC., a Delaware Corporation; VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability; SODEXO, INC. dba SODEXO USA, a Delaware Corporation; SODEXO AMERICA, LLC dba SODEXO USA, a Delaware Limited Liability; SODEXO OPERATIONS, LLC dba SODEXO USA, a Delaware Limited Liability and SDH SERVICES WEST, LLC dba SODEXO USA, a Delaware Limited Liability, | **MOTION AND PROPOSED ORDER FOR REMOVAL OF SUZANNE L. MARTIN AND NOEL M. HERNANDEZ, COUNSEL FOR THE SODEXO DEFENDANTS FROM CM/ECF SERVICE LIST** |
| Defendants. | |

Pursuant to Local Rule IA 11-6(b), Suzanne L. Martin and Noel M. Hernandez of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby requests for their removal from the CM/ECF filing notification in this matter for Defendants Sodexo, Inc., Sodexo America, LLC, Sodexo Operations, LLC, and SDH Services West, LLC ("Sodexo Defendants") as all claims against the Sodexo Defendants were Ordered dismissed, with prejudice, on July 6, 2021. (ECF No.

26.)

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case.

DATED this 10th day of June, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Suzanne L. Martin
Suzanne L. Martin
Nevada Bar No. 8833
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___June 11, 2026___

2

86153134.v1-OGLETREE